No. 01–8709.  ANUNKA *v.* CAMPBELL ET AL., 535 U. S. 1039.  Motion for leave to file petition for rehearing denied.

SEPTEMBER 3, 2003

No. 03A185.  HIRSH ET AL. *v.* FLORIDA.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.